BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
DAVID G. ROBINS, IDAHO STATE BAR NO. 8494
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-9375

**U.S. COURTS**

**NOV 14 2019**

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KASEY LEE ANN NAYLOR,<br><br>Defendant. | Case No. CR 19-0346-SBLW<br><br>**INDICTMENT**<br><br>18 U.S.C. § 641<br>18 U.S.C. § 981(a)(1)(C)<br>**28 U.S.C. § 2461(c)** |

The Grand Jury charges:

## COUNT ONE

### Theft of Government Money or Property
### 18 U.S.C. § 641

On or about October 28, 2016, in the District of Idaho, the defendant, KASEY LEE ANN

NAYLOR, did knowingly, willfully, and unlawfully steal, embezzle, and convert to her own use

certain property of the United States, to wit: a money order valued at $202.31.

In violation of Title 18, United States Code, Section 641.

**INDICTMENT** - 1

## COUNT TWO

### Theft of Government Money or Property
### 18 U.S.C. § 641

On or about January 3, 2017, in the District of Idaho, the defendant, KASEY LEE ANN NAYLOR, did knowingly, willfully, and unlawfully steal, embezzle, and convert to her own use certain property of the United States, to wit: a money order valued at $200.00.

In violation of Title 18, United States Code, Section 641.

## COUNT THREE

### Theft of Government Money or Property
### 18 U.S.C. § 641

On or about January 4, 2017, in the District of Idaho, the defendant, KASEY LEE ANN NAYLOR, did knowingly, willfully, and unlawfully steal, embezzle, and convert to her own use certain property of the United States, to wit: a money order valued at $237.40.

In violation of Title 18, United States Code, Section 641.

## COUNT FOUR

### Theft of Government Money or Property
### 18 U.S.C. § 641

On or about May 8, 2017, in the District of Idaho, the defendant, KASEY LEE ANN NAYLOR , did knowingly, willfully, and unlawfully steal, embezzle, and convert to her own use certain property of the United States, to wit: a money order valued at $816.72.

In violation of Title 18, United States Code, Section 641.

**INDICTMENT - 2**

## COUNT FIVE

### Theft of Government Money or Property
### 18 U.S.C. § 641

On or about May 11, 2017, in the District of Idaho, the defendant, KASEY LEE ANN NAYLOR, did knowingly, willfully, and unlawfully steal, embezzle, and convert to her own use certain property of the United States, to wit: a money order valued at $769.36.

In violation of Title 18, United States Code, Section 641.

## COUNT SIX

### Theft of Government Money or Property
### 18 U.S.C. § 641

On or about June 5, 2017, in the District of Idaho, the defendant, KASEY LEE ANN NAYLOR, did knowingly, willfully, and unlawfully steal, embezzle, and convert to her own use certain property of the United States, to wit: a money order valued at $400.00.

In violation of Title 18, United States Code, Section 641.

## COUNT SEVEN

### Theft of Government Money or Property
### 18 U.S.C. § 641

On or about June 9, 2017, in the District of Idaho, the defendant, KASEY LEE ANN NAYLOR, did knowingly, willfully, and unlawfully steal, embezzle, and convert to her own use certain property of the United States, to wit: a money order valued at $760.00.

In violation of Title 18, United States Code, Section 641.

## COUNT EIGHT

### Theft of Government Money or Property
### 18 U.S.C. § 641

On or about June 12, 2017, in the District of Idaho, the defendant, KASEY LEE ANN NAYLOR, did knowingly, willfully, and unlawfully steal, embezzle, and convert to her own use certain property of the United States, to wit: a money order valued at $755.60.

In violation of Title 18, United States Code, Section 641.

## COUNT NINE

### Theft of Government Money or Property
### 18 U.S.C. § 641

On or about June 14, 2017, in the District of Idaho, the defendant, KASEY LEE ANN NAYLOR, did knowingly, willfully, and unlawfully steal, embezzle, and convert to her own use certain property of the United States, to wit: a money order valued at $750.51.

In violation of Title 18, United States Code, Section 641.

## COUNT TEN

### Theft of Government Money or Property
### 18 U.S.C. § 641

On or about June 16, 2017, in the District of Idaho, the defendant, KASEY LEE ANN NAYLOR, did knowingly, willfully, and unlawfully steal, embezzle, and convert to her own use certain property of the United States, to wit: a money order valued at $620.00.

In violation of Title 18, United States Code, Section 641.

INDICTMENT - 4

## COUNT ELEVEN

### Theft of Government Money or Property
### 18 U.S.C. § 641

On or about June 21, 2017, in the District of Idaho, the defendant, KASEY LEE ANN NAYLOR, did knowingly, willfully, and unlawfully steal, embezzle, and convert to her own use certain property of the United States, to wit: a money order valued at $725.00.

In violation of Title 18, United States Code, Section 641,

## COUNT TWELVE

### Theft of Government Money or Property
### 18 U.S.C. § 641

On or about June 26, 2017, in the District of Idaho, the defendant, KASEY LEE ANN NAYLOR, did knowingly, willfully, and unlawfully steal, embezzle, and convert to her own use certain property of the United States, to wit: a money order valued at $575.00.

In violation of Title 18, United States Code, Section 641.

## COUNT THIRTEEN

### Theft of Government Money or Property
### 18 U.S.C. § 641

On or about June 30, 2017, in the District of Idaho, the defendant, KASEY LEE ANN NAYLOR, did knowingly, willfully, and unlawfully steal, embezzle, and convert to her own use certain property of the United States, to wit: a money order valued at $600.00.

In violation of Title 18, United States Code, Section 641.

## COUNT FOURTEEN

### Theft of Government Money or Property
### 18 U.S.C. § 641

On or about July 5, 2017, in the District of Idaho, the defendant, KASEY LEE ANN NAYLOR, did knowingly, willfully, and unlawfully steal, embezzle, and convert to her own use certain property of the United States, to wit: a money order valued at $789.60.

In violation of Title 18, United States Code, Section 641.

## COUNT FIFTEEN

### Theft of Government Money or Property
### 18 U.S.C. § 641

On or about July 9, 2017, in the District of Idaho, the defendant, KASEY LEE ANN NAYLOR, did knowingly, willfully, and unlawfully steal, embezzle, and convert to her own use certain property of the United States, to wit: a money order valued at $775.00.

In violation of Title 18, United States Code, Section 641.

## COUNT SIXTEEN

### Theft of Government Money or Property
### 18 U.S.C. § 641

On or about July 21, 2017, in the District of Idaho, the defendant, KASEY LEE ANN NAYLOR, did knowingly, willfully, and unlawfully steal, embezzle, and convert to her own use certain property of the United States, to wit: a money order valued at $669.92.

In violation of Title 18, United States Code, Section 641.

## COUNT SEVENTEEN

### Theft of Government Money or Property
### 18 U.S.C. § 641

On or about July 25, 2017, in the District of Idaho, the defendant, KASEY LEE ANN NAYLOR, did knowingly, willfully, and unlawfully steal, embezzle, and convert to her own use certain property of the United States, to wit: a money order valued at $706.60.

In violation of Title 18, United States Code, Section 641.

## COUNT EIGHTEEN

### Theft of Government Money or Property
### 18 U.S.C. § 641

On or about July 25, 2017, in the District of Idaho, the defendant, KASEY LEE ANN NAYLOR, did knowingly, willfully, and unlawfully steal, embezzle, and convert to her own use certain property of the United States, to wit: a money order valued at $778.22.

In violation of Title 18, United States Code, Section 641.

## COUNT NINETEEN

### Theft of Government Money or Property
### 18 U.S.C. § 641

On or about August 25, 2017, in the District of Idaho, the defendant, KASEY LEE ANN NAYLOR, did knowingly, willfully, and unlawfully steal, embezzle, and convert to her own use certain property of the United States, to wit: a money order valued at $892.10.

In violation of Title 18, United States Code, Section 641.

## CRIMINAL FORFEITURE ALLEGATIONS
### Fraud Forfeiture
### 18 U.S.C. § 981(a)(1)(C)/28 U.S.C. § 2461(c)

Upon conviction of any of the offenses alleged in Counts One through Nineteen of this Indictment, the defendant, KASEY LEE ANN NAYLOR, shall forfeit to the United States any

**INDICTMENT - 7**

and all property, real and personal, tangible and intangible, consisting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the foregoing offense. The property to be forfeited includes, but is not limited to, the following:

1.    <u>Unrecovered Cash Proceeds and/or Facilitating Property</u>.   The defendant obtained and controlled unrecovered proceeds of the offense of conviction, or property derived from or traceable to such proceeds, and property the defendant used to facilitate the offense (if facilitation is alleged), but based upon actions of the defendant, the property was transferred, diminished, comingled, or is otherwise unavailable.  The defendant obtained and controlled at least **$12,560.43** in unrecovered forfeitable property.

2.    <u>Substitute Assets.</u>  Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture.  The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

a.    Cannot be located upon the exercise of due diligence;

b.    Has been transferred or sold to, or deposited with, a third person;

c.    Has been placed beyond the jurisdiction of the court;

d.    Has been substantially diminished in value; or

e.    Has been commingled with other property which cannot be subdivided without difficulty.

**INDICTMENT - 8**

Dated this 13th day of November, 2019.

A TRUE BILL

/s/ [signature on reverse]

_____
FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

DAVID G. ROBINS
ASSISTANT UNITED STATES ATTORNEY

INDICTMENT - 9