Samuel Richard Rubin
FEDERAL PUBLIC DEFENDER
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho, Ste. 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
KASEY LEE ANN NAYLOR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE B. LYNN WINMILL)

| UNITED STATES OF AMERICA, | ) | 1:19-cr-00346-BLW |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE AND ASSIGNMENT OF COUNSEL |
| vs. | ) | |
| KASEY LEE ANN NAYLOR | ) | |
| Defendant. | ) | |

TO:  CLERK OF THE COURT, UNITED STATES DISTRICT COURT
     BART M. DAVIS, UNITED STATES ATTORNEY
     DAVID ROBINS, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that Samuel Richard Rubin of the Federal Defender Services of Idaho, is hereby assigned this matter and therefore makes an appearance in the above action on behalf of the defendant, KASEY

-2-

LEE ANN NAYLOR, and requests that all further papers and pleadings herein except original process be served upon said undersigned attorney.

Dated: February 4, 2020　　　　　SAMUEL RICHARD RUBIN
　　　　　　　　　　　　　　　　　FEDERAL PUBLIC DEFENDER
　　　　　　　　　　　　　　　　　By:


　　　　　　　　　　　　　　　　　/s/ Samuel Richard Rubin
　　　　　　　　　　　　　　　　　Samuel Richard Rubin
　　　　　　　　　　　　　　　　　Federal Defender Services of Idaho
　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　KASEY LEE ANN NAYLOR

## CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document was served on all parties named below on this 4th day of February 2020.

| | |
|---|---|
| David Robins, Assistant United States Attorney | |
| Office of the United States Attorney | ____United States Mail |
| Washington Group Plaza, IV | ____Hand Delivery |
| 800 Park Blvd, Suite 600 | ____Facsimile Transmission |
| Boise, ID 83712 | __X__CM/ECF Filing |
| (208) 334-1211 | ____Email Transmission |
| (208) 334-1413 – Facsimile | |
| David.Robins@udsdoj.gov | |

Dated: February 4, 2020          /s/ Sybil Davis
                                 Sybil Davis