BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
DAVID G. ROBINS, IDAHO STATE BAR NO. 8494
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00346-BLW |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF CHANGE OF ADDRESS |
| KASEY LEE ANN NAYLOR, | |
| Defendant. | |

Effective February 24, 2020, the mailing address for the undersigned will change to:

United States Attorney's Office
1290 West Myrtle Street, Suite 500
Boise, ID  83702

The phone number and e-mail address will not change.

Respectfully submitted this 19th day of February, 2020.

BART M. DAVIS

UNITED STATES ATTORNEY
By:

*/s/ David G. Robins*
DAVID G. ROBINS
Assistant United States Attorney

**NOTICE OF CHANGE OF ADDRESS - 1**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 19, 2020, the foregoing **NOTICE OF CHANGE OF ADDRESS** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| | |
|---|---|
| Samuel Richard Rubin<br>FEDERAL DEFENDERS SERVICES OF IDAHO<br>702 West Idaho Street, Suite 1000<br>Boise, ID 83702<br>dick_rubin@fd.org | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |

    /s/ Mackenzie Mckague-Dunlap
    Legal Assistant

**NOTICE OF CHANGE OF ADDRESS - 2**