UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KASEY LEE ANN NAYLOR,<br><br>Defendant. | Case No. 1:19-CR-00346-BLW<br><br>**REPORT AND RECOMMENDATION** |

On February 24, 2020, Defendant Kasey Lee Ann Naylor appeared before the undersigned United States Magistrate Judge for an arraignment on the Superseding Information and to enter a plea pursuant to a written plea agreement. (Dkt. 9, 10.) The Defendant executed a waiver of the right to have the presiding United States District Judge take her plea. Thereafter, the Court explained to the Defendant the nature of the charges contained in the Superseding Information (Dkt. 9), the maximum penalties applicable, her Constitutional rights, the impact that the Sentencing Guidelines will have, and that the District Judge will not be bound by the agreement of the parties as to the penalty to be imposed.

The Court, having conducted the arraignment and plea hearing and having inquired of the Defendant, counsel, and the government, finds there is a factual basis for the Defendant's guilty plea, that she entered it voluntarily and with full knowledge of the consequences, and that the plea should be accepted. The undersigned also ordered a pre-

REPORT AND RECOMMENDATION - 1

sentence investigation to be conducted and a report prepared by the United States Probation Office.

## RECOMMENDATION

NOW THEREFORE IT IS HEREBY RECOMMENDED:

1) The District Court accept Defendant Kasey Lee Ann Naylor's plea of guilty to Count One of the Superseding Information (Dkt. 9),

2) The District Court order forfeiture consistent with Defendant Kasey Lee Ann Naylor's admission to the Criminal Forfeiture allegation in the Superseding Information (Dkt. 9) and the Plea Agreement (Dkt. 10).

3) The District Court **GRANT**, at the appropriate time, the United States' motion to dismiss Counts One through Nineteen of the Indictment (Dkt. 1) as to Defendant.

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: February 24, 2020

_____
CANDY WAGAHOFF DALE
U.S. MAGISTRATE JUDGE

REPORT AND RECOMMENDATION - 2